**United States Court of Appeals**

**Fifth Circuit**

**F I L E D**

**September 24, 2004**

**Charles R. Fulbruge III**
**Clerk**

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 04-40361
Summary Calendar

MICHAEL JONES,

Petitioner-Appellant,

versus

SUZANNE R. HASTINGS,

Respondent-Appellee.

Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 5:03-CV-19

Before JONES, BARKSDALE, and PRADO, Circuit Judges.

PER CURIAM:[*]

Michael Jones, federal prisoner # 22172-044, appeals the district court's denial of relief on his 28 U.S.C. § 2241 petition challenging his low-level security classification in the Federal Correctional Institute in Texarkana (FCI-Texarkana). He contends that FCI-Texarkana officials incorrectly classified him at a low security level rather than a minimum security level, which precluded him from placement in a camp setting. He has not established that prison officials abused their discretion in the

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

classification decision.  <u>Whitley v. Hunt</u>, 158 F.3d 882, 889 (5th Cir. 1998).

Jones also asserts that the district court should have ordered officials at FCI-Texarkana to produce copies of an order transferring him from an Illinois facility to an Arkansas facility before he arrived at FCI-Texarkana.  He contends that this order included false and fraudulent information that would show that the transfer from the Illinois facility and the classification decision at the Texas facility were conducted in retaliation for Jones's filing of administrative grievances.  Jones has not established that the district court abused its discretion in denying his discovery request.  <u>Moore v. Willis Indep. School Dist.</u>, 233 F.3d 871, 876 (5th Cir. 2000); <u>see</u> <u>also</u> <u>Johnson v. Rodriquez</u>, 110 F.3d 299, 310 (5th Cir. 1997).  The judgment of the district court is thus **AFFIRMED**.